FILED'07 DEC 12 12:56USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| STANLEY F. BESSANT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:06-CV-1666-BR<br><br>*And Judgment*<br>~~PROPOSED~~ ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) will offer Plaintiff the opportunity for a new hearing; review the additional medical evidence consisting of treatment records from Clackamas County Mental Health Clinic (CCMHC) dated January 13, 2006, which indicate Plaintiff has depressive disorder, NOS with a GAF of 53; obtain updated treatment records from CCMHC if necessary; obtain a consultative mental status evaluation, if necessary; and continue on with the sequential evaluation process.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 12th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
(206) 615-2112
of Attorneys for Defendant